**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2017 MAY 17 P 2: 22

**COMPLAINT FORM**

US DISTRICT COURT
HARTFORD CT

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Sheavain Dee Schand

v.

Appeals Council

Case No. _____ -4478
(To be supplied by the Court)

3:17 CV 821 JCH

*Social Security No.*

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. Sheavain Dee Schand is a citizen of Connecticut who
   (Plaintiff)                                      (State)
   presently resides at 59 Arch St. Apt 201 New Britain, CT 06051.
   (mailing address)

2. Defendant Appeal Council is a citizen of Connecticut
   (name of first defendant)                          (State)
   whose address is 135 High St. Hartford, CT 06103 .

3. Defendant _____ is a citizen of _____
              (name of second defendant)                    (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))   N/A

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.



2

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:**  X NO ~~CETT~~ concerns At All & my well-being. How do I known that I am well dummy

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

Background of your case Continue →

PSTD - Bipolar - Schizophreia (MCI) - Mild congitive imental which & known nervisible, depressing Paranoid, Nightmice, Social Phobia, social anxiety, anxiety

**Claim II:** _____

_____

_____

Supporting Facts:

3

**E. REQUEST FOR RELIEF**
WHEREFORE, plaintiff demands: (state the relief you seek)

**F. JURY DEMAND**

Do you wish to have a jury trial?  Yes          No

_Sheavain Schand_ (signature)

_____
Original signature of attorney (if any)

**Plaintiff's Original Signature**

Sheavain D Schand
Printed Name

_____
Printed Name

(  )
Attorney's full address and telephone

( ✓ )
Plaintiff's full address and telephone
69 Arch Street Apt 201
New Britain, CT 06051 (203) 490-5377

Email address if available

Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at 59 Arch St New Britain CT 06051 Apt 201 (location) on 5/6/2017 (date)

_S. Schand_
**Plaintiff's Original Signature**

(Rev.3/29/16)

5